No. 1062. IRVING NATIONAL BANK, ETC. *v.* THOMAS M. BLAKE ET AL., RECEIVERS, ETC. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Irving L. Ernst* for petitioner. *Mr. Herman Aaron* for respondents.

No. 1065. FORESTGLEN LAND COMPANY *v.* GEORGE R. SCRUGHAM ET AL. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Walter L. Clark* and *Mr. M. W. Acheson, Jr.,* for petitioner. *Mr. A. Leo Weil* for respondents.

No. 1066. JOE R. IRWIN *v.* UNITED STATES. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Huling P. Robertson, Jr.,* for petitioner. No brief filed for the United States.

No. 1069. J. G. WHITE & COMPANY, INC. *v.* BALL ENGINEERING COMPANY. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Kemp Bartlett* and *Mr. Harry W. Reynolds* for petitioner. *Mr. Charles D. Lockwood* and *Mr. William M. Parke* for respondent.

No. 1079. W. W. WILKINSON, TRUSTEE, ETC. *v.* J. L. WALKER. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Mark McMahon* for petitioner. No appearance for respondent.